# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

V.

GREGORY WHITE A/K/A GREGORY W. WHITE, ET AL,
Defendant (Respondent)

CASE and/or DOCKET No.: 18-00998

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC M. AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served GREGORY WHITE A/K/A GREGORY W. WHITE the above process on the 9 day of July, 2018, at 12:30 o'clock, PM, at 7602 Brockton Rd Philadelphia, PA 19151 2826, County of Philadelphia, Commonwealth of Pennsylvania:

Manner of Service:

☑  By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:
1) _____   2) _____   3) _____

Commonwealth/State of _Pa_
County of _Berks_            ) SS:

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-177856
Case ID #: 5235893

Subscribed and sworn to before me this _11_ day of _July_, 20_18_.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Teresa A. Minzola, Notary Public
Berks County
My commission expires December 05, 2021
Commission number 1113554

USA - BA

# USPS Manifest Mailing System

Page 1

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
|---|---|---|---|---|---|---|
| | Sequence Number<br>7805-1 | | | Class of Mail<br>Mixed | | |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703774773551<br>9171999991703774773551 | WHITE, GREGORY a/k/a GREGORY W. WHITE<br>2729 S 78th Street<br>Philadelphia, PA 19153 | <br>ERR<br>C | 2.740 | <br>1.40<br>3.45 | | | 7.59 |
| 9171999991703774773568<br>9171999991703774773568 | WHITE, GREGORY a/k/a GREGORY W. WHITE<br>7602 Brockton Rd.<br>Philadelphia, PA 19151 | <br>ERR<br>C | 2.740 | <br>1.40<br>3.45 | | | 7.59 |
| Page Totals<br>Cumulative Totals | 2<br>2 | | 5.48<br>5.48 | 9.70<br>9.70 | | | 15.18<br>15.18 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____   Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:
C       Certified
ERR     Return Receipt

| | Name and Address of Sender<br>**KML LAW GROUP, P.C.**<br>**SUITE 5000**<br>**701 MARKET STREET**<br>**PHILADELPHIA, PA**<br>**19106-1532** | Check type of mail or service:<br>☐ Certified   ☐ Recorded Delivery (International)<br>☐ COD        ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail  ☐ Signature Confirmation<br>☐ Insured | | | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill)<br>Postmark and Date of Receipt | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | | WHITE, GREGORY a/k/a GREGORY W. WHITE<br>2729 S 78th Street<br>Philadelphia, PA 19153 | | | | | | | | | | | |
| 2. | | WHITE, GREGORY a/k/a GREGORY W. WHITE<br>7602 Brockton Rd.<br>Philadelphia, PA 19151-2826 | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106
02 1W
0001391829 JUL 09 2018
$ 002.70

Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) | See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)   Complete by Typewriter, Ink, or Ball Point Pen

USA-177856   Philadelphia County   Sale Date:

GREGORY WHITE a/k/a GREGORY W. WHITE

RCO - D. Augustin