IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA<br><br>v.<br><br>**GREGORY WHITE** *aka Gregory W. White* | CIVIL ACTION<br><br>NO. 18-998 |
|---|---|

# O R D E R

In this civil case, it appears from the docket that a default judgment was entered in favor of Plaintiff United States and against the Defendant (see ECF 8, dated August 20, 2018) and no further filings having been made, it is hereby ORDERED that this case shall be CLOSED.

BY THE COURT:

s/ Michael M. Baylsonp

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

**Dated: 3/18/2021**

O:\CIVIL 18\18cv998 order 03182021.docx